

# IN THE
# TENTH COURT OF APPEALS

No. 10-15-00235-CR

## IN RE MATTHEW ALAN CLENDENNEN

Original Proceeding

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on July 1, 2015. Without recitation of the facts of the case and discussion of the applicable law, of which the parties are well aware, based on this Court's opinion in *In re Graves*, and the authorities cited therein, Respondent abused its discretion by issuing its June 30, 2015 gag order. *In re Graves*, 217 S.W.3d 744 (Tex. App.—Waco 2007, orig. proceeding). Accordingly, we conditionally grant Relator's Petition for Writ of Mandamus. A writ will issue only if Respondent fails to vacate its gag order issued on June 30, 2015 and notify this Court in

writing that it has done so within 7 days from the date of this opinion. Relator's motion

for stay is dismissed as moot.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
(Justice Davis concurring without an opinion)
Pet. conditionally granted
Motion dismissed as moot
Opinion delivered and filed August 7, 2015
Do not publish
[OT06]

